IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv–00001-WDM-BNB

MICHAEL PAUL CONRAD,

Plaintiff,

v.

THE EDUCATION RESOURCES INSTITUTE, a Massachusetts Corporation,
WARREN C. MOORE, individually,
KEY BANK N.A. (f/k/a Society Bank, f/k/a Ameritrust National Association), an Ohio
Corporation,
VAN RU CREDIT CORPORATION, INC., an Illinois Corporation,
DIANE HARRIS, individually,
SENDER and WASSERMAN, a Colorado Professional Corporation,
HOWARD M. BUCHALTER, individually,
KENNETH J. BUECHLER, individually,

Defendants.

_____

**ORDER**
_____

The plaintiff filed his complaint on January 3, 2006.  A Proof of Service was filed on May

8, 2006, which states that Lisa Flanagan accepted service for defendant Warren C. Moore on

April 27, 2006.  Defendant Moore has not answered or otherwise responded.

In addition, on January 18, 2006, the plaintiff was ordered to effect service of the

summons and complaint on the defendants by May 3, 2006, and to file proof of service with the

Court on or before May 10, 2006.  The plaintiff has not filed proof of service with respect to

defendant Diane Harris.  I have ordered the plaintiff to show cause why the case should not be

dismissed as against Ms. Harris for failure to prosecute.

IT IS ORDERED that the case is set for a status conference on **July 10, 2006, at 8:30**

**a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado, to address the adequacy of service on Mr. Moore; the order to show cause

with respect of Ms. Harris; and related matters.

Dated June 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge