IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv–00001-WDM-BNB

MICHAEL PAUL CONRAD,

Plaintiff,

v.

THE EDUCATION RESOURCES INSTITUTE, a Massachusetts Corporation,
WARREN C. MOORE, individually,
KEY BANK N.A. (f/k/a Society Bank, f/k/a Ameritrust National Association), an Ohio Corporation,
VAN RU CREDIT CORPORATION, INC., an Illinois Corporation,
DIANE HARRIS, individually,
SENDER and WASSERMAN, a Colorado Professional Corporation,
HOWARD M. BUCHALTER, individually,
KENNETH J. BUECHLER, individually,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendant Sender and Wasserman, P.C., Howard M. Buchalter, and Kenneth J. Buechler's Motion to Stay** [Doc. # 28, filed 6/21/06].

The plaintiff admits that there is not complete diversity of citizenship. See *Plaintiff's Combined Response [etc.]* [Doc.# 27, filed 6/15/06] at p.1. Consequently,

IT IS ORDERED that the Motion is GRANTED. All matters in this case are STAYED pending a ruling on *Defendants Sender and Wasserman, P.C., Howard M. Buchalter and Kenneth J. Buechler's Motion to Dismiss* [Doc. # 16, filed 5/18/06].

IT IS FURTHER ORDERED that the status conference set for **July 10, 2006, at 8:30 a.m.**, in Courtroom 401 is VACATED.

Dated June 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge