IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00001-WDM-BNB

MICHAEL PAUL CONRAD,

    Plaintiff,

v.

THE EDUCATION RESOURCES INSTITUTE, ET AL.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued June 29, 2006, that the motion to dismiss (docket no. 16) filed by Defendants Sender and Wasserman, P.C., Howard M. Buchalter, and Kenneth J. Buechler and joined by Defendants Van Ru Credit Corporation, Inc. and The Education Resources Institute be granted. Plaintiff has not objected to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the complaint, the motion to dismiss, Plaintiff's response, and the recommendation. I conclude the recommendation should be accepted.

    I note that Plaintiff does not dispute that he and three of the defendants are citizens of Colorado. Therefore, complete diversity did not exist at the time Plaintiff commenced this case and does not exist now. Accordingly, this court does not have subject matter

jurisdiction and the action should be dismissed.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Boland on June 29, 2006, is accepted.

2. The motion to dismiss, filed May 18, 2006, is granted.

3. Plaintiff's complaint is dismissed without prejudice.

DATED at Denver, Colorado, this 13th day of December, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge